### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF FLORIDA
### TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

    Plaintiff

vs.                                                Civil No.  4:11cv527-SPM/CAS

REAL PROPERTY LOCATED AT
566 NE COLIN KELLY HWY,
MADISON COUNTY, FLORIDA,
WITH ALL APPURTENANCES AND IMPROVEMENTS
THEREON, INCLUDING THE CONTENTS LOCATED
IN THE REAL PROPERTY

    Defendant
_____/

## **DECREE OF FORFEITURE**

      This matter is before the Court on Doc. 9, Motion for Decree of Forfeiture, filed by the United States of America.  On October 14, 2011, a Verified Complaint of Forfeiture in Rem against the defendant real property, was filed on behalf of the Plaintiff, United States of America.  The Complaint alleges that the defendant property is forfeitable to the United States of America pursuant to Title 21, United States Code, Section 881(a)(6).

      It appears that process was fully issued in this action according to law:

      That Notice of Forfeiture Action was published on an official government Internet site, www.forfeiture.gov, for 30 consecutive days beginning April 6, 2012,

pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules of Admiralty or Maritime Claims and Asset Forfeiture Actions.

On October 21, 2011, Ms. Alyssa Paige, potential claimant of the defendant property, was notified by certified mail of the pending forfeiture action.

On October 21, 2011, Mr. Leroy Paige, potential claimant of the defendant property, was notified by certified mail of the pending forfeiture action.

On October 21, 2011, Mr. George Young, potential claimant of the defendant property, was notified by certified mail of the pending forfeiture action. The notice was returned October 24, 2011, as not deliverable.

No claim has been filed with the court by any other person or entity.

**NOW THEREFORE**, on Motion of the Plaintiff, United States of America, for a Decree of Forfeiture, it is hereby

**ORDERED AND ADJUDGED:**

The Defendant property, specifically described as the Real Property located at 566 N.E. Colin Kelly Highway, Madison County, Florida, with all appurtenances and improvements thereon, including the contents located in the real property, shall be forfeited to the United States of America and no right, title or interest in the property shall exist in any other party. The defendant property shall be disposed of according to law.

**DONE AND ORDERED** this 25th day of June, 2012.

*S/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge